*State, Respondent, v. Ackley, Petitioner*, No. 94021-5. Petition for review of a decision of the Court of Appeals, No. 74062-8-I, December 19, 2016, 197 Wn. App. 1012. *Denied* March 29, 2017.

*State, Respondent, v. Ragland, Petitioner*, No. 94022-3. Petition for review of a decision of the Court of Appeals, No. 47963-0-II, December 6, 2016, 197 Wn. App. 1003. *Denied* March 29, 2017.

*State, Respondent, v. Aho, Petitioner*, No. 94023-1. Petition for review of a decision of the Court of Appeals, No. 43932-8-II, October 25, 2016, 196 Wn. App. 1036. *Denied* March 29, 2017.

*State, Respondent, v. Webb, Petitioner*, No. 94028-2. Petition for review of a decision of the Court of Appeals, No. 73813-5-I, November 28, 2016, 196 Wn. App. 1072. *Denied* March 29, 2017.

*State, Respondent, v. Maldonado, Petitioner*, No. 94029-1. Petition for review of a decision of the Court of Appeals, No. 47847-1-II, December 6, 2016, 197 Wn. App. 1002. *Denied* March 29, 2017.

*Nickerson, Petitioner, v. Dep't of Revenue et al., Respondents*, No. 94032-1. Petition for review of a decision of the Court of Appeals, No. 48702-1-II, November 8, 2016, 196 Wn. App. 1054. *Denied* March 29, 2017.

*State, Respondent, v. Pierce, Petitioner*, No. 94033-9. Petition for review of a decision of the Court of Appeals, No. 47011-0-II, December 6, 2016, 197 Wn. App. 1001. *Denied* March 29, 2017.

*In re Marriage of Ingram-Cauchi*, No. 94113-1. Petition for review of a decision of the Court of Appeals, No. 73466-1-I, October 31, 2016, 196 Wn. App. 1042. *Denied* March 29, 2017.